# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CONSTRUCTION ENTERPRISES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:10-00711 |
| ) | Judge Sharp |
| **WATERSTONE AT PANAMA CITY** ) | |
| **APARTMENTS, LLC and the TAPESTRY** ) | |
| **GROUP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Plaintiff/Counter-Defendant Construction Enterprises, Inc.'s Motion to Dismiss Counter-Complaint (Docket No. 6) is hereby DENIED;

(2) The Report and Recommendation of the Magistrate Judge (Docket No. 45) is hereby ACCEPTED and APPROVED, and the Objections thereto filed by Defendants/Counter-Plaintiffs Waterstone at Panama City Apartments, LLC and the Tapestry Group, Inc. (Docket No. 48) are hereby OVERRULED;

(3) As sanction for Defendants'/Counter-Plaintiffs' failure to provide timely discovery and comply with the deadlines in the Case Management Order, the damages on their Counter-Complaint shall be capped at $93,000.00, and Construction Enterprises, Inc. shall be awarded reasonable attorney's fees of no less than $4,000.00;

(4) This case is RETURNED to the Magistrate Judge for a determination as to whether the recommended attorney's fees of $4,000.00 should be increased based upon Construction Enterprises

Inc.'s further documentation of its attorney's fee request; and

(5) The Final Pretrial Conference will be held at 10:00 a.m. on October 14, 2011, and the jury trial will commence at 9:00 a.m. on October 25, 2011, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE